# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-08061- WDK | Date | June 27, 2008 |
|---|---|---|---|
| Title | NEW CONTENDERS INC.  V. THE ROMAN KNIGHT INC. ET AL | | |

| Present: The Honorable | WILLIAM D. KELLER , SENIOR U. S. DISTRICT JUDGE |
|---|---|

| Patricia Gomez | none | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (In Chambers)

    The Court, on its own motion, hereby ORDERS plaintiff(s), to show cause in writing no later than <u>July 31, 2008</u> why this action should not be dismissed for lack of prosecution as to defendant. It is the responsibility of the plaintiff to respond promptly to all Orders and to prosecute action diligently, including filing proofs of service and or stipulations extending time to respond. The Court is placing plaintiff's counsel on notice that failure to comply to any Order to Show Cause will result in dismissal with prejudice, absent good cause.  As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

    Proof of service of Summons and Complaint (FRCivP 4) on defendant

    Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4 (m). The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

    It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon the default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court. Local Rule 8.3.

    No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Plaintiff's counsel is ordered to serve this minute order on all defendant's.

                                                                                                                 :

| | Initials of Preparer | PG |
|---|---|---|