1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11   **New Contenders Inc.**,         Case No. CV 07-8061 WDK
12          Plaintiff,
13            v.             **AMENDED SECOND ORDER TO SHOW CAUSE**
14   **The Roman Knight, Inc., et al.**,
15          Defendant.
16

17        On June 3, 2008, the Court issued an Order to Show Cause why this action
18 should not be dismissed for failure to comply with Federal Rule of Civil Procedure
19 4(m). Plaintiff New Contenders Inc. was ordered to show cause in writing not later
20 than June 13, 2008 why the Court should not dismiss the action, but Plaintiff failed
21 to respond in any way.  On June 27, 2008, the Court issued a Second Order to
22 Show Cause. The Court hereby amends that Second Order to Show Cause as
23 follows:
24        The Court hereby issues an Amended Second Order to Show Cause why this
25 action should not be dismissed for lack of prosecution. Plaintiff shall show cause in
26 writing not later than August 10, 2008. The Court has balanced the parties rights
27 with society's interest in alleviating court congestion, and has determined that
28 failure to respond in writing to this Amended Second Order to Show Cause will

result in dismissal of the action with prejudice, pursuant to this Court's inherent powers and Federal Rule of Civil Procedure 41(b).

Additionally, Plaintiff is hereby notified that failure to comply with any future Order to Show Cause regarding lack of prosecution pursuant to Rule 41(b) will result in dismissal of the action with prejudice, absent just cause.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel for the parties in this matter.

Dated: July 14, 2008

William Keller
Senior United States District Judge

- 2 -